**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01986-REB-MEH

JEFFREY LEONARD VELASQUEZ,

    Plaintiff,

v.

JOE ORTIZ, Director of Dept. of Corrections,
THOMAS MISEL,
CHARLES OLIN,
PAT MONTEZ, and
REBECCA ERNSTER,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matter before me is the **Recommendation For Denial Of Motion For Temporary Injunction** [#15], filed December 7, 2006.  I approve and adopt the recommendation.

    Because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  See **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972)).  No objections have been filed to the recommendation.  Absent objections to the recommendation, I am vested with discretion to review the recommendation under any standard the court deems to be appropriate.  See, e.g., **Summers v. Utah,** 927 F.2d 1165, 1167 (10th Cir. 1991).  I

have reviewed the recommendation for plain error, and I find no error. *See* **Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] The recommendation is detailed, circumstantiated, and well-reasoned. Therefore, I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law, and recommendations proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED as follows:**

1. That the **Recommendation For Denial Of Motion For Temporary Injunction** [#15], filed December 7, 2006, **IS APPROVED AND ADOPTED** as an order of the court; and

2. That accordingly, plaintiff's **Motion For Temporary Injunction** [#12] filed November 17, 2006, **IS DENIED** without prejudice.

Dated January 2, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

---

[1] This standard pertains even though plaintiff is proceeding *pro se*. **Morales-Fernandez**, 418 F.3d at 1122.