**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01986-REB-MEH

JEFFREY LEONARD VELASQUEZ,

    Plaintiff,

v.

JOE ORTIZ, Director of Dept. of Corrections,
THOMAS MISEL,
CHARLES OLIN,
PAT MONTEZ, and
REBECCA ERNSTER,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    This matter is before me on the following: 1) the **Defendants' Motion for Summary Judgment** [#18], filed December 19, 2006; and 2) the magistrate judge's **Recommendation on Defendants' Motion for Summary Judgment** [#24], filed January 31, 2007. The plaintiff has filed an objection [#32] to the magistrate judge's recommendation.

    As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, the plaintiff's objection, and the applicable law. Because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and have held them

to a less stringent standard than formal pleadings drafted by lawyers. ***Erickson v. Pardus***, ___ U.S.___, ___,127 S. Ct. 2197, 2200 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Belmon***, 935 F.2d 1106, 1110 (10th Cir. 1991).

The magistrate judge's recommendation is detailed and well-reasoned. I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law and recommendation proposed by the Magistrate Judge should be approved and adopted. The plaintiff's objection to the recommendation [#32] is overruled.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation on Defendants' Motion for Summary Judgment** [#24], filed January 31, 2007, is **APPROVED AND ADOPTED** as an order of this court;

2. That the defendants' **Motion for Summary Judgment** [#18], filed December 19, 2006, is **GRANTED**;

3. That the plaintiff's objection [#32], filed March 20, 2007, to the magistrate judge's recommendation is **OVERRULED**;

4. That this case is **DISMISSED** without prejudice;

6. That **JUDGMENT SHALL ENTER** in favor of the defendants and against the plaintiff; and

7.  That the defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to F<small>ED</small>. R. C<small>IV</small>. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated September 11, 2007, at Denver, Colorado.

          **BY THE COURT:**

          **s/ Robert E. Blackburn**
          **Robert E. Blackburn**
          **United States District Judge**